UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEUL SLADE,<br><br>                        Plaintiff,<br><br>v.<br><br>EMPIRE TODAY, LLC; and DOES 1 through 50, inclusive,<br><br>                        Defendants. | Case No.: 20-cv-02393-DMS-KSC<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant Empire Today, LLC's motion to stay proceedings and discovery is currently scheduled for hearing on March 26, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 26, 2021 hearing is vacated.

**IT IS SO ORDERED**.

Dated: March 22, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge